TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00506-CV

Eric John Clayfield, Appellant

v.

Eileen "Penny" Clayfield, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT

NO. 00-050-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on August 1, 2000. 
Accordingly, appellant's brief was due on August 31, 2000. 

 By letter dated September 20, 2000, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
October 2, 2000, or tendered a motion for extension of time reasonably explaining the failure to
do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to file
a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Kidd and Yeakel

Dismissed for Want of Prosecution

Filed: October 26, 2000

Do Not Publish